Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for JOHN RODGERS, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS<br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS J. FITZGERALD, TRUSTEE OF THE FAMILY TRUST; C FOOD CONCEPTS, INC., a California corporation, d/b/a SIZZLER RESTAURANT; and DOES 1-10 inclusive,<br>　　　　Defendants. | Case No. 4:14-CV-00985-DMR<br><br>*Civil Rights*<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT INSPECTION UNDER GENERAL ORDER 56 & [PROPOSED] ORDER** |

　　　　Plaintiff JOHN RODGERS and Defendants THOMAS J. FITZGERALD, TRUSTEE OF THE FAMILY TRUST and C FOOD CONCEPTS, INC., a California corporation, d/b/a SIZZLER RESTAURANT hereby stipulate as follows:

　　　　1.　　This is an ADA accessibility action. Pursuant to General Order 56 of the U.S. District Court for the Northern District of California, not later than 105 days after the filing of plaintiff's complaint, the parties and their counsel are required to meet in person at the subject premises. That deadline is currently June 16, 2014.

　　　　2.　　Counsel for Defendants who has been working on this matter, Shane Singh, Esq., was on a pre-planned trip as well as Plaintiff's expert and are not able to conduct a joint inspection before the deadline; and the subject facility is in the process of undergoing

renovations.

3. As such, the parties stipulate to continue the deadline to complete the joint inspection from June 16, 2014 to July 16, 2014.

DATED: June 9, 2014

                                                */s/ Irene Karbelashvili*
Irene Karbelashvili, Attorney for Plaintiff John Rodgers

DATED: June 9, 2014                **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                By:      */s/ Shane Singh*
Shane Singh, Attorneys for Defendants THOMAS J. FITZGERALD, TRUSTEE OF THE FAMILY TRUST and C FOOD CONCEPTS, INC.

I, Irene Karbelashvili, attest that the signatory above, Shane Singh, Esq., concurs in the content of this document and has authorized its filing.

                                                */s/ Irene Karbelashvili*
Irene Karbelashvili

# ORDER

The Court, having considered the stipulation between the parties, and good cause appearing therefore:

**IT IS HEREBY ORDERED:**

The deadline for the parties to complete the joint inspection required under the General Order 56 of the U.S. District Court for Northern District of California is continued from June 16, 2014 to July 16, 2014.

Dated   June 10, 2014

IT IS SO ORDERED
Judge Donna M. Ryu

Hon. Donna M. Ryu, Magistrate Judge of U.S. District Court

Dated: March 19, 2014          /s/ Irene Karbelashvili
                               Irene Karbelashvili, Attorney for Plaintiff
                               John Rodgers