**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants,
C FOOD CONCEPTS, INC. and
THOMAS J. FITZGERALD, Trustee of the Family Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN RODGERS,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS J. FITZGERALD, TRUSTEE OF THE FAMILY TRUST; SIZZLER USA, INC., a Delaware corporation, d/b/a SIZZLER RESTAURANT; and DOES 1-10 includsive,<br><br>    Defendants. | CASE NO. 4:14-CV-00985-DMR<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT INSPECTION UNDER GENERAL ORDER 56 & ORDER**<br><br>The Hon. Donna M. Ryu<br><br>FSC Date:     March 4, 2014<br>Trial Date:    None Set |

Plaintiff JOHN RODGERS and Defendants THOMAS J. FITZGERALD, TRUSTEE OF THE FAMILY TRUST and C FOOD CONCEPTS, INC., a California corporation, d/b/a SIZZLER RESTAURANT hereby stipulate as follows:

    1.    This is an ADA accessibility action. Pursuant to General Order 56 of the U.S. District Court for the Northern District of California, not later than 105 days after the filing of plaintiff's complaint, the parties and their counsel are required to meet in person at the subject premises. That deadline was currently July 16, 2014.

    2.    Counsel for both parties hae not able to conduct a joint inspection before the deadline in that the subject facility is in the process of undergoing renovations. The location is currently a construction site and not open to the public.

4839-2880-1564.1
1
STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT INSPECTION UNDER GENERAL ORDER 56 & ORDER

3. Counsel for the defendants has been advised that construction will be completed the first week of August, 2014.

4. As such, the parties stipulate to continue the deadline to complete the joint inspection from July 16, 2014 to August 31, 2014.

DATED: July 30, 2014

By:   */s/ Irene Karbelashvili, Esq.*
Irene Karbelashvili
Attorneys for Plaintiff, John Rodgers

DATED: July 30, 2014            SHANE SINGH
LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Shane S. Singh, Esq.*
Shane Singh
Attorneys for Defendants, C FOOD CONCEPTS, INC. and THOMAS J. FITZGERALD, Trustee of the Family Trust



4839-2880-1564.1

2

STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT INSPECTION UNDER GENERAL ORDER 56 & ORDER



**ORDER**

The Court, having considered the stipulation between the parties, and good cause appearing therefore:

**IT IS HEREBY ORDERED:**

The deadline for the parties to complete the joint inspection required under the General Order 56 of the U.S. District Court for Northern District of California is continued from July 16, 2014 to August 31, 2014.

DATED: ___July 31, 2014_____

_____
Honorable Donna M. Ryu

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*