**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants,
C FOOD CONCEPTS, INC. and
THOMAS J. FITZGERALD, Trustee of the Family Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN RODGERS,<br><br>  Plaintiff,<br><br>vs.<br><br>THOMAS J. FITZGERALD, TRUSTEE OF THE FAMILY TRUST; SIZZLER USA, INC., a Delaware corporation, d/b/a SIZZLER RESTAURANT; and DOES 1-10 includsive,<br><br>  Defendants. | CASE NO. 4:14-CV-00985-DMR<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT INSPECTION UNDER GENERAL ORDER 56 & ORDER**<br><br>The Hon. Donna M. Ryu<br><br>FSC Date:     March 4, 2014<br>Trial Date:    None Set |

Plaintiff JOHN RODGERS and Defendants THOMAS J. FITZGERALD, TRUSTEE OF THE FAMILY TRUST and C FOOD CONCEPTS, INC., a California corporation, d/b/a SIZZLER RESTAURANT hereby stipulate as follows:

  1.  This is an ADA accessibility action. Pursuant to General Order 56 of the U.S. District Court for the Northern District of California, not later than 105 days after the filing of plaintiff's complaint, the parties and their counsel are required to meet in person at the subject premises. That deadline was currently August 29, 2014.

  2.  Counsel for both parties have not able to conduct a joint inspection before the deadline in that the subject facility is in the process underwent major renovations. The site was closed down during the renovations and not open to the public.

4839-2880-1564.1                                    1
STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT INSPECTION UNDER GENERAL ORDER 56 & ORDER

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

3. Counsel for both parties have been diligent in scheduling the joint inspection, but will not be able to conduct it prior to the above deadline.

4. As such, the parties stipulate to continue the deadline to complete the joint inspection from August 31, 2014 to September 22, 2014. The parties have scheduled this General Order inspection to take place on September 22, 2014.

5. Request is also made to continue the corresponding mediation deadline.

DATED: September 8, 2014

By: */s/ Irene Karbelashvili, Esq.*
Irene Karbelashvili
Attorneys for Plaintiff, John Rodgers

DATED: September 12, 2014    SHANE SINGH
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Shane Sing, Esq.*
Shane Singh
Attorneys for Defendants, C FOOD CONCEPTS, INC. and THOMAS J. FITZGERALD, Trustee of the Family Trust



4839-2880-1564.1

2

STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT INSPECTION UNDER GENERAL ORDER 56 & ORDER

**ORDER**

The Court, having considered the stipulation between the parties, and good cause appearing therefore:

**IT IS HEREBY ORDERED:**

The deadline for the parties to complete the joint inspection required under the General Order 56 of the U.S. District Court for Northern District of California is continued from August 31, 2014 to September 22, 2014.

DATED: September 15, 2014

_____
Honorable Donna M. Ryu



4839-2880-1564.1

3

STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT INSPECTION UNDER GENERAL ORDER 56 & ORDER