UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS J FITZGERALD, et al.,<br><br>        Defendants. | Case No.  14-cv-00985-DMR<br><br>**ORDER**<br><br>Re: Dkt. No. 31 |

The parties have filed a joint status report.  [Docket No. 31.]  In the status report, the parties state that "[o]n January 20, 2015, plaintiff's counsel missed a teleconference with Mediator Howard Herman."  The parties make a "[j]oint request . . . that this matter be rescheduled for a court supervised mediation."

The parties are directed to contact the court's ADR unit within **seven days** of this order to reschedule the pre-mediation phone conference.  The deadline to conduct mediation is extended to **June 16, 2015.**

**IT IS SO ORDERED.**

Dated: April 16, 2015

Donna M. Ryu
United States Magistrate Judge