UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN RODGERS,

    Plaintiff,

    v.

THOMAS J FITZGERALD, et al.,

    Defendants.

Case No. 14-cv-00985-DMR

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

A Case Management Conference is scheduled for **August 5, 2015 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **July 29, 2015.**

**IT IS SO ORDERED.**

Dated: June 23, 2015

Donna M. Ryu
United States Magistrate Judge