Irene Karbelashvili, State Bar Number 232223
**LAW OFFICE OF IRENE KARBELASHVILI**
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for JOHN RODGERS, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS<br>          Plaintiff,<br><br>vs.<br><br>THOMAS J. FITZGERALD, TRUSTEE OF THE FAMILY TRUST; C FOOD CONCEPTS, INC., a California corporation, d/b/a SIZZLER RESTAURANT; and DOES 1-10 inclusive,<br>          Defendants. | Case No. 4:14-CV-00985-DMR<br><br>*Civil Rights*<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND ALL PARTIES OF INTEREST:

   Notice is hereby given that the parties to the above-captioned matter have reached a settlement agreement which fully resolves the claims herein. The parties respectfully request that all matters currently on calendar be vacated. It is anticipated by the parties that the Mutual Settlement Agreement and Release will be finalized, and dismissal documents will be filed with the Court within 45 days from the date of this notice.

Dated: July 28, 2015             */s/   Irene Karbelashvili*
                                 Irene Karbelashvili, Attorney for Plaintiff
                                 JOHN RODGERS