**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
   E-Mail: Shane.Singh@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants,
C FOOD CONCEPTS, INC. and
THOMAS J. FITZGERALD, Trustee of the Family Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN RODGERS,<br><br>          Plaintiff,<br><br>     vs.<br><br>THOMAS J. FITZGERALD, TRUSTEE OF THE FAMILY TRUST; SIZZLER USA, INC., a Delaware corporation, d/b/a SIZZLER RESTAURANT; and DOES 1-10 includsive,<br><br>          Defendants. | CASE NO. 4:14-CV-00985-DMR<br><br>**STIPULATION AND (PROPOSED) ORDER RE: OPPOSITION AND REPLY DATES ON PLAINTIFF'S MOTION FOR LITIGATION EXPENSES AND COSTS (Doc. No. 41)**<br><br>The Hon. Donna M. Ryu<br><br>FSC Date:     March 4, 2014<br>Trial Date:    None Set |

TO:  THE HONORABLE COURT:

The undersigned parties by and through their counsel request via mutual stipulation the following:

1.     The due date for the Opposition to Plaintiff's Motion (Doc. No. 41) be continued from March 3 to March 17, 2016.

2.     The corresponding date for the Reply be continued from March 10 to March 24, 2016.

3.     This request is based on defense counsel, Shane Singh, Esq., schedule which includes depositions the week of February 29th.

4825-7974-9166.1                                                                1                                                        4:14-CV-00985-DMR
STIPULATION AND (PROPOSED) ORDER RE:  OPPOSITION AND REPLY DATES ON PLAINTIFF'S MOTION
FOR LITIGATION EXPENSES AND COSTS (Doc. No. 41)

4. The current hearing date is set for April 14, 2016.

DATED: February 25, 2016	IRENE L. KARBELASHVILI
LAW OFFICE OF IRENE KARBELASHVILI

By:	*/s/ Irene L. Karbelashvili (on file w/counsel)*
Irene L. Karbelashvili
Attorneys for Plaintiff, JOHN RODGERS

DATED: February 25, 2016	SHANE SINGH
LEWIS BRISBOIS BISGAARD & SMITH LLP

By:	*/s/ Shane Singh*
Shane Singh
Attorneys for Defendants, C FOOD CONCEPTS, INC. and THOMAS J. FITZGERALD, Trustee of the Family Trust

### SIGNATURE OF COUNSEL

Pursuant to Local Rule 5-1 of the Northern District of California, I hereby certify that the content of this document is acceptable to Irene Karbelashvili, counsel for John Rodgers, and that I have obtained Ms. Karbelashvili's authorization to affix her electronic signature to this document.

DATED: February 25, 2016	SHANE SINGH
LEWIS BRISBOIS BISGAARD & SMITH LLP

By:	*/s/ Shane Singh*
Shane Singh
Attorneys for Defendants, C FOOD CONCEPTS, INC. and THOMAS J. FITZGERALD, Trustee of the Family Trust

/ / /

## ORDER

Based on the Stipulation of the Parties and for good cause appearing, it is Ordered that the Opposition for the pending motion shall now be due on or before March 17, 2016.  The Reply shall be due on or before March 24, 2016.

**IT IS SO ORDERED:**

DATED: _____

_____
UNITED STATES MAGISTATE JUDGE

