UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN RODGERS,

    Plaintiff,

    v.

THOMAS J FITZGERALD, et al.,

    Defendants.

Case No. 14-cv-00985-DMR

**ORDER REQUESTING SUPPLEMENTAL INFORMATION RE MOTION FOR ATTORNEY'S FEES**

Re: Dkt. No. 41

    The parties in this case attended court-sponsored mediation on June 15, 2015 at which the case partially settled. [Docket No. 35]. The Plaintiff filed a notice of settlement on July 28, 2015 [Docket No. 37], informing the court that they had reached an agreement that fully resolved the claims in this case.

    Plaintiff's Motion for Attorney's Fees [Docket No. 41] is currently before the court. The parties' briefing on the Plaintiff's Motion for Attorney's Fees did not address whether the parties took action in compliance with General Order 56 ¶ 6.

    The parties shall submit a joint letter to the court stating whether, when the parties reached a tentative agreement on injunctive relief: 1) Plaintiff provided Defendants with a statement of costs and attorney's fees incurred to date and made a demand for settlement of the entire case, and 2) whether Defendants requested, and Plaintiff provided documentation and support for its attorney's fees similar to what an attorney would provide in a billing statement to a client. The parties shall file the joint letter, of no more than one page, by 5:00 p.m. on April 11, 2016.

**IT IS SO ORDERED.**

Dated: April 8, 2016

Donna M. Ryu
United States Magistrate Judge